**FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.**

LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
Elizabeth Blair
John W. Campion
Ramuel R. Figueroa
Jonathan Greenberg
Kyle Kent
Gabriela A. Leija
Julie K. Linnen
Dennise Moreno
Tom Phillip
Joshua D. Uller
Alex Vlisides

22 East Mifflin Street
Suite 1000
Madison, Wisconsin 53703

Telephone 608-260-9900
Facsimile 608-260-9901

February 1, 2024

The Honorable James D. Peterson
United States Chief District Judge
United States District Court
   for the Western District of Wisconsin
120 N. Henry Street
Madison, Wisconsin 53703

    Re: *Joshua Gehde v. Chris Buesgen*, No. 21-cv-809-jdp (W.D. Wis.)

Dear Judge Peterson:

    These federal habeas proceedings are stayed while Mr. Gehde exhausts certain claims in state court. Consistent with the Court's Order of January 23, 2023, the defense submits this status update, which summarizes the efforts of the Wisconsin Innocence Project on Mr. Gehde's behalf. *See* R.10.

    Since the last status report, Mr. Gehde's state case remains in the investigation stage. Namely, in November and December they received several open records requests, including the one mentioned in the previous status report that was over a year old. This resulted in a large number of files to review. Additionally, numerous other open record requests remain pending, including one from last spring that is necessary for continued communication with experts and will provide further information about the physical evidence that still exists. Simultaneously, the defense is still in the process of locating and interviewing several fact witnesses.

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

February 1, 2024
Page 2

      In short, the defense's investigation remains ongoing, which has slowed the defense's ability to prepare and file a § 974.06 motion in state court. The defense will provide another status update to the Court on or before July 24, 2024. *See* R.10 (directing defense counsel to provide a status report every six months while these proceedings remain stayed).

      Respectfully,

      */s/ Joseph A. Bugni*
      Joseph A. Bugni

      Associate Federal Defender


CC:    Joshua Gehde, Supervised Living Facility (Winnebago, WI)
          Rachel Burg, Director, Wisconsin Innocence Project