# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Guy Cardamone, Madison Supervisor
John W. Campion
Alexandra Douglas
Ramuel R. Figueroa
Matthew Giesfeldt
Jonathan Greenberg
Gabriela A. Leija
Julie K. Linnen
Colin McGinn
Dennise Moreno
Tom Phillip
Alex Vlisides

22 East Mifflin Street
Suite 1000
Madison, Wisconsin 53703

Telephone 608-260-9900
Facsimile 608-260-9901

June 1, 2026

The Honorable James D. Peterson
United States Chief District Judge
United States District Court
    for the Western District of Wisconsin
120 N. Henry Street
Madison, Wisconsin 53703

Re:  *Joshua Gehde v. Chris Buesgen*, No. 21-cv-809-jdp (W.D. Wis.)

Dear Chief Judge Peterson:

Pursuant to the Court's December 2025 order, the petitioner provides the following status report. This § 2254 petition has been stayed so that Gehde can exhaust his federal claims in state court. The Wisconsin Innocence Project has been representing him in that endeavor since November 2022. On December 1, 2025, WIP filed in the circuit court a motion for postconviction relief and a motion for postconviction discovery. WIP also filed that same day a habeas corpus petition with the Wisconsin Court of Appeals. In response to those filings, this Court ordered the petitioner to provide periodic status reports beginning on June 3, 2026.

Since the December 2025 state court filings, there have been several developments. As to the motion for postconviction relief, the circuit court held at status hearing on December 11, 2025, to set a briefing schedule on Gehde's motion for postconviction discovery. Briefing fully concluded in April 2026, and during that time period the State also provided WIP with certain items of postconviction discovery, while other discovery

FEDERAL DEFENDER SERVICES
    OF WISCONSIN, INC.

June 1, 2026
Page 2

matters remained to be litigated. The circuit court has set an evidentiary hearing for July 7, 2026, to address one of the *Brady* and *Napue* issues raised by Gehde (a state witness's false testimony that she had received no compensation for her time and work on the case). Once that evidentiary hearing concludes, WIP anticipates that there will be further litigation on the outstanding request for postconviction discovery, after which the circuit court will order briefing on the merits of Gehde's motion for postconviction relief.

As for the litigation in the Wisconsin Court of Appeals (appellate case number 2025AP2631), briefing on the state petition for habeas corpus has already concluded and the petitioner is awaiting a decision from the Court of Appeals.

Pursuant to this Court's standing order, petitioner will continue to satisfy his obligation to provide status updates until the state court litigation has concluded.

Respectfully,

*/s/ Jonathan Greenberg*
Jonathan Greenberg
Associate Federal Defender

CC:    Joshua Gehde, Jackson CI (Black River Falls, WI)
    Rachel Burg, Co-Director, Wisconsin Innocence Project